Patricia A. Lee
CONNELL FOLEY LLP
888 7th Avenue, 9th Floor
New York, New York 10106
(212) 307-3700
*Attorneys for Defendant*
*Aetna Life Insurance Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELYN ALVIR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY OF HARTFORD a/k/a AETNA LIFE INSURANCE COMPANY a/k/a AETNA, INC.,<br><br>　　　　　　Defendants. | Civil Action No.:<br><br>**CERTIFICATE OF SERVICE** |

I, Patricia A. Lee, hereby certify that, on the date set forth below, I caused a true and correct copy of the following documents submitted on behalf of Defendant, Aetna Life Insurance Company, appearing on behalf of improperly pled Aetna Life Insurance Company of Hartford a/k/a Aetna Life Insurance Company a/k/a Aetna, Inc., to be served via electronic filing upon the Clerk of the United States District Court for the Eastern District of New York:

- Defendant's Notice of Removal, with exhibits annexed thereto;
- Civil Cover Sheet; and
- This Certificate of Service.

3751834-1

I further certify that, on the date set forth below, I caused a true and correct copy of the aforementioned documents to be served via Federal Express Overnight Mail upon Plaintiff's counsel at the following address:

>   Lestor D. Janoff, P.C.
>   200 Broadhollow Road, Suite 207
>   Melville, New York 11747

I further certify that, on the date set forth below, I caused a true and correct copy of the aforementioned documents to be served via electronic filing with the New York State Electronic Filing System upon the Clerk of the Supreme Court of the State of New York, County of Queen and via regular mail at the following address:

>   Deputy Clerk of the Supreme Court
>   Supreme Court, Queens County
>   89-17 Sutphin Boulevard
>   Jamaica, New York 11435

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2016         By: _S/ Patricia A. Lee_
                                Patricia A. Lee